1  David J. Miclean (#115098)
   Lisa M. Martens (#195824)
2  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
3  Redwood City, CA  94063
   Telephone:  (650) 839-5070
4  Facsimile:  (650) 839-5071

5  Attorneys for Plaintiff
   NEILMED PRODUCTS, INC.
6

7  Stephen C. Beuerle (#181990)
   John L. Roberts (#208927)
8  Procopio Cory Hargreaves & Savitch LLP
   530 B Street, Suite 2100
9  San Diego, CA  94105
   Telephone:  (619) 515-3267
10 Facsimile:  (619) 744-5467

11 Attorneys for Defendant
   MED-SYSTEMS, INC.
12

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                            OAKLAND DIVISION

17

| 18 | NeilMed Products, Inc., | Case No. C 04:06-cv-00964-CW |
|---|---|---|
| 19 | Plaintiff, | **STIPULATED MOTION TO MODIFY SCHEDULING ORDER AND ORDER AS MODIFIED** |
| 20 | v. | |
| 21 | Med-Systems, Inc., | Hon. Claudia Wilken |
| 22 | Defendant. | |

23

24

25

26

27

28

                                   1    STIPULATED MOTION TO MODIFY SCHEDULING ORDER AND
                                                                      ORDER AS MODIFIED
                                                               Case No. C 04:06-cv-00964-CW

1  **IT IS HEREBY STIPULATED** and agreed to by and between Plaintiff NeilMed
2  Products, Inc. ("NeilMed") and Defendant Med-Systems, Inc. ("Med-Systems"), by and through
3  their respective counsel of record, that there exists good cause under Fed. R. Civ. P. 16(b) for the
4  Court to modify the scheduling order.  Specifically, the parties wish to extend the discovery
5  deadlines by several weeks—and the dispositive motion hearing date by one week—in order to
6  allow the parties to finalize a settlement of this matter.  The proposed extension will not affect the
7  final pretrial conference or trial dates.
8  　　　If the parties are unable to reach a settlement, the parties will resume discovery.  This is the
9  first motion to modify the scheduling order filed by the parties concerning the above-captioned
10  action.  The parties believe that no further extensions will be required.
11  　　　Accordingly, the parties respectfully request that the Court modify the certain deadlines
12  entered in this case on September 27, 2006, as set forth in the table below.  All deadlines sought to
13  be postponed are in bold-faced type and underlined.  The remaining deadlines not sought to be
14  postponed are also included in the table for ease of reference.

| Event | Original Date | New Date |
|---|---|---|
| Completion of fact discovery (with service of all fact discovery requests to occur on a date early enough to allow for response prior to this deadline) | **April 27, 2007** | **May 18, 2007** |
| Disclosure of identities and reports of expert witnesses | **May 25, 2007** | **June 15, 2007** |
| Rebuttal expert reports deadline | **June 22, 2007** | **July 13, 2007** |
| Close of Expert Discovery | **July 13, 2007** | **July 27, 2007** |
| All case-dispositive motions to be heard at **2:00 p.m**. on or before: | **September 21, 2007** | **September 27, 2007** |
| Final Pretrial Conference at 1:30 p.m. on: | November 30, 2007 | November 30, 2007 |
| A 4 day Jury Trial will begin at 8:30 a.m. on: | December 10, 2007 | December 10, 2007 |

1  **IT IS SO STIPULATED.**

3  Dated: March 22, 2007                               FISH & RICHARDSON P.C.

5                                                      By: /Lisa M. Martens/
                                                           David J. Miclean
6                                                          Lisa M. Martens

7                                                       Attorneys for Plaintiff
8                                                       NEILMED PRODUCTS, INC.

9  Dated: March 22, 2007                               PROCOPIO, CORY, HARGREAVES &
10                                                     SAVITCH LLP

12                                                      By: /John L. Roberts/
                                                            John L. Roberts
13

14                                                      Attorneys for Defendant
                                                        MED-SYSTEMS, INC.

16                        **DECLARATION OF CONSENT**

17   Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under

18  penalty of perjury that concurrence in the filing of this document has been obtained from John L.

19  Roberts.

20  Dated: March 22, 2007                              FISH & RICHARDSON P.C.

22                                                      By: /Lisa M. Martens/
                                                            David J. Miclean
23                                                          Lisa M. Martens

24                                                      Attorneys for Plaintiff
25                                                      NEILMED PRODUCTS, INC.

1

2    IT IS SO ORDERED.    **ORDER**

3         3/26/07

4  Dated: _____   _____

5                                 Honorable Claudia Wilken
                                   Judge Of The United States District Court
6

7  50406834.doc