1  David J. Miclean (#115098)
   Lisa M. Martens (#195824)
2  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
3  Redwood City, CA  94063
   Telephone:  (650) 839-5070
4  Facsimile:  (650) 839-5071

5  Attorneys for Plaintiff
   NEILMED PRODUCTS, INC.
6
   Stephen C. Beuerle (#181990)
7  John L. Roberts (#208927)
   Procopio Cory Hargreaves & Savitch LLP
8  530 B Street, Suite 2100
   San Diego, CA  94105
9  Telephone:  (619) 515-3267
   Facsimile:  (619) 744-5467
10
   Attorneys for Defendant
11 MED-SYSTEMS, INC.

12

13                  UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                        OAKLAND DIVISION

16

17  NeilMed Products, Inc.,                    Case No. C 04:06-cv-00964-CW

18              Plaintiff,                      **STIPULATED DISMISSAL WITH PREJUDICE**

19         v.                                   Hon. Claudia Wilken

20  Med-Systems, Inc.,

21              Defendant.

22

23         IT IS HEREBY STIPULATED by and between the parties to this action through their

24  designated counsel that the above-captioned action be and hereby is dismissed with prejudice

25  pursuant to Fed. R. Civ. P. 41(a)(1).

26

27

28

STIPULATED DISMISSAL WITH PREJUDICE
Case No. C 04:06-cv-00964-CW

1  Dated:  April 11, 2007                    FISH & RICHARDSON P.C.

2
                                             By:  /s/ Lisa M. Martens
3                                            _____
                                                  David J. Miclean
4                                                 Lisa M. Martens
                                             Attorneys for Plaintiff
5                                            NeilMed Products, Inc.

6
   Dated:  April 11, 2007                    PROCOPIO, CORY, HARGREAVES &
7                                            SAVITCH LLP

8
                                             By:  /s/ John L. Roberts
9                                            _____
                                                  Stephen C. Beuerle
                                                  John L. Roberts
10

11                                           Attorneys for Defendant
                                             Med-Systems, Inc.

12

13        Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under

14  penalty of perjury that concurrence in the filing of this document has been obtained from John L.

15  Roberts.

16

17  Dated:  April 11, 2007                    FISH & RICHARDSON P.C.

18
                                             By:  /s/ Lisa M. Martens
19                                           _____
                                                  Lisa M. Martens

20                                           Attorneys for Plaintiff
                                             NeilMed Products, Inc.
21

22

23  IT IS SO ORDERED.

                    April 18
24  Dated:  _____, 2007           _____
25                                           Honorable Claudia Wilken
                                             United States District Court
26

27

28  10725303.doc

                                      2         STIPULATED DISMISSAL WITH PREJUDICE
                                                     Case No. C 04:06-cv-00964-CW